No. 23-35510

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

JAMES PARKER,

PLAINTIFF-APPELLANT,

v.

CHRISTINE WORMUTH, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES ARMY,

DEFENDANT-APPELLEE.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
NO. 3:22-CV-01451-IM
HONORABLE KARIN J. IMMERGUT

APPELLEE'S NOTICE TO STAND ON PREVIOUSLY FILED ANSWERING BRIEF

**NATALIE K. WIGHT**
United States Attorney
District of Oregon
**KEVIN C. DANIELSON**
Executive Assistant United States Attorney
**DIANNE SCHWEINER**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: (503)727-1000
ATTORNEYS FOR APPELLEE CHRISTINE WORMUTH

# NOTICE

Pursuant to this Court's August 29, 2024 Order (Docket Entry No. 21), counsel for Defendant-Appellee Christine Wormuth notifies the Court that Defendant-Appellee stands on the previously filed answering brief for the above-captioned matter (Docket Entry Nos. 11-12).

RESPECTFULLY SUBMITTED this 8th day of January, 2025.

                                        **NATALIE K. WIGHT**
                                        United States Attorney
                                        District of Oregon
                                        **KEVIN C. DANIELSON**
                                        Executive Assistant United States Attorney

                                        */s/ Dianne Schweiner*
                                        **DIANNE SCHWEINER**
                                        Assistant United States Attorney